IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRIS BOYD**                                                                                            **PLAINTIFF**

**v.**                       **CASE NO. 4:25-CV-00952-BSM**

**DOE**                                                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE